UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICHARD J. TINDAL,

                           Plaintiff,

                                                                                                  DECISION AND ORDER

                                                                                                   04-CV-6312L

                         v.

GLENN S. GOORD, et al.,

                           Defendants.
_____

      Plaintiff, *pro se,* filed a motion for entry of default judgment (Dkt. #118) for defendants' alleged failure to comply with certain discovery demands. Plaintiff seeks entry of judgment in the amount of $138.33, the cost of effecting service of process plus interest. Plaintiff's motion is denied. Plaintiff's motion to compel is now pending before United States Magistrate Judge Marian W. Payson. There is no basis for plaintiff's requested relief.

CONCLUSION

      Plaintiff's motion for entry of default judgment (Dkt. #118) is in all respects denied.

      IT IS SO ORDERED.

                                                    _____
                                                         DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       April 7, 2006.