UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICHARD S. TINDAL,

                              Plaintiff,

                                                                                  SCHEDULING ORDER

                                                                                  04-CV-6312L

                              v.

GLENN S. GOORD, et al.,

                              Defendants.
_____

       On July 26, 2007, the Court conducted a telephone conference with the plaintiff, Richard Tindal, and Assistant Attorney General Benjamin Bruce. At that conference, I established a schedule for filing summary judgment motions. Defendants must file any dispositive summary judgment motion on or before October 5, 2007. Plaintiff may have 30 days from receipt of that motion within which to file a response.

       IT IS SO ORDERED.

                                                                   _____
                                                                     DAVID G. LARIMER
                                                                United States District Judge

Dated: Rochester, New York
          July 26, 2007.